MARGARET HEALEY et al., appellants,

*v.*

WALBROOK PARK COMPANY et al., respondents.

[Decided April 24th, 1936.]

*Mr. Walter H. Flaherty,* for the appellants.

*Mr. L. Stanley Ford,* for the respondents.

PER CURIAM.

The decree order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Egan, and reported in *118 N. J. Eq. 80.*

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.